UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KAREN BENNETT,<br><br>　　　　　　　　　　Defendant. | No.  MC14-5002-BHS-KLS<br><br>REPORT AND RECOMMENDATION |

　　　This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B).  The Petitioner filed a request for an Order of Enforcement of Summons directing the respondent to Show Cause why the Internal Revenue Service Summons served in this case should not be enforced.  The respondent has been served with said order and there has been no response.

　　　After reviewing the proposed Order of Enforcement of Summons, the undersigned recommends that the Court enter said order directing the respondent to appear before the investigating Revenue Officer handling this case.

　　　A proposed order accompanies this Report and Recommendation.

　　　Dated this 17th day of March, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT & RECOMMENDATION - 1