UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Petitioner,<br><br>  v.<br><br>KAREN BENNETT,<br><br>      Respondent. | No. MC14-5002-BHS/KLS<br><br>ORDER REQUIRING RESPONDENT TO SHOW CAUSE REGARDING CONTEMPT OF COURT |

  Upon petition of the United States, and good cause appearing, now therefore,

  IT IS HEREBY ORDERED that the respondent, Karen Bennett, shall appear before this Court at the United States Courthouse, 1717 Pacific Avenue**, Courtroom F,** Tacoma, Washington, on Wednesday, June 11, 2014 at 10:00 a.m., and show cause, if any she has, why she should not be held in contempt of this Court for failure to appear, testify, and produce books, papers, records, and other data, as directed in the Order of Enforcement of Summons entered in this case on March 17, 2014.

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 1
(MC14-5002-BHS/KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

**RESPONDENT, KAREN BENNETT, IS HEREBY NOTIFIED THAT IF SHE FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A BENCH WARRANT SHALL BE ISSUED FOR HER ARREST FOR CONTEMPT OF COURT**.

The United States Marshal shall serve a copy of the Petition for Order to Show Cause Regarding Contempt of Court and this Order to Show Cause Regarding Contempt of Court upon the respondent, Karen Bennett, and file with the Clerk an appropriate return.

DATED 28th day of April, 2014.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

 */s/ Christina Dimock*
CHRISTINA DIMOCK, WSBA# 40159
Assistant United States Attorney
United States Attorney

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 2
(MC14-5002-BHS/KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970