UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>KAREN BENNETT,<br><br>          Defendants. | CASE NO. MC14-5002 BHS/KLS<br><br>ORDER FOR BENCH WARRANT |

The Court issued an Order Requiring Respondent to Show Cause Regarding Contempt of Court, directing her to appear and show cause why she should not be held in Contempt of Court for failure to appear, testify, and produce books, papers, records, and other data, as directed in the Order of Enforcement of Summons entered in the above-entitled case on March 17, 2014.

Ms. Bennett did appear at the initial hearing held on June 11, 2014. At that time Ms. Bennett did not have any documents with her pursuant to the summons. She did agree, however, to produce documents to the Plaintiff. The Court continued the show cause hearing to June 24, 2014 at 11:00 a.m. Ms. Bennett was advised that if she produced documents and such

1  documents satisfied the request of the Plaintiff that Counsel for Plaintiff would let her know that
2  she did not need to appear in Court and the hearing of June 24, 2014 would be cancelled.

3  Court convened on June 24, 2014 at 11:15 a.m.  Plaintiff appeared through counsel Amy
4  Jaquette.  The Court was advised that Ms. Bennett had not satisfactorily complied with the
5  Summons.  Counsel advised that Ms. Bennett was never told that she did not need to appear in
6  court on June 24, 2014.  Counsel for Plaintiff requested the issuance of a bench warrant based
7  on Ms. Bennett's failure to appear and comply with the Court's Order of Enforcement of
8  Summons.  The undersigned granted that request.

9  IT IS HEREBY ORDERED that a bench warrant shall be issued for Respondent's
10  immediate arrest pursuant to 26 U.S.C. 7604(b).

11  DATED this 9th day of July, 2014.

Karen L. Strombom
United States Magistrate Judge