Judge Benjamin H. Settle
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Petitioner,<br><br>    v.<br><br>KAREN BENNETT,<br><br>           Respondent. | No. MC14-5002<br><br>ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; and the Court being fully advised in the premises; now, therefore, it is hereby

//

//

//

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 1
(MC14-5002)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons be and hereby is GRANTED and the above-captioned action be and hereby is DISMISSED.

    DATED this 22nd day of July, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

JENNY A. DURKAN
United States Attorney


 /s/ Christina Fogg
CHRISTINA FOGG, WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone No.:  (206) 553-7970
Fax No.: (206) 553-4067
E-mail:  christina.fogg@usdoj.gov

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 2
(MC14-5002)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970